Good morning, Your Honors, and may it please the Court, my name is Robert Burke, B-E-R-K-E, for the petitioner Jose Santos-Gamos. Your Honor, as a preliminary matter, I had a conversation with Mr. George, who's representing the Attorney General in this case, this morning. And I was advised, consistent but in addition to the request to move it into mediation, but I was advised this morning that he has been authorized on behalf of the Attorney General to file a motion for remand, which would be something that I wouldn't be opposing. Rolling into the argument. Let me stop you there. Certainly, Your Honor. Should we hear from the government on that subject before we go any further? Yes, Your Honor, Matthew George for the Attorney General. What Mr. Burke has just represented is accurate. I've now received approval to file a remand motion and send this case back to the Board. And that was why we wanted to put this case in mediation. I've never gotten a remand approved this quickly. We decided, I believe it was on Tuesday, that this case needed to go back to the Board in light of the Mendoza-Osorio case that I cited in the 28-J I filed yesterday. Well, Chris, that case was in February, right? Yes, Your Honor. And so I realized that it could be good enough for government work. But, you know, we've been preparing. We prepare for these cases starting about two months before oral argument. So it would have been nice. And I think at some point in the past, we were told that the government looks at these cases initially when they're set for oral argument, which is when we get them to see if there's, you know, if there's anything that would be going on. And so, you know, we always want to get the right answer, but we don't mind getting the right answer with less work than on the eve of trial. But then I'm wondering on, you know, I always wonder on these remand things. And the next thing we see is then someone files for EJIA. So did you all talk about that? Or are you going to give us more work on that? We have not gotten to that portion of it, Your Honor. Well, I don't know if anyone else wants to. We probably don't want to divert the whole thing on that. But then that's how these these things sometimes are the gift that keeps on giving. And Your Honor, I apologize. This is almost entirely my fault. I've been working on another case, a district court case that consumed most of my time up until a couple weeks before this case. I was aware of the Mendoza-Osorio case earlier this month, but until Tuesday, we thought it was not a problem to go forward until sort of the decision was made above my level to not go forward with it. And so, obviously, I put in a fair amount of preparation time into this case as well. And I certainly understand that the court has done that. And I apologize for that less than efficient use of resources. Well, I'll leave it to my presiding judge here to ask him any questions. We're going to see a motion for attorney's fees? Your Honor, I haven't discussed it with my client. My inclination would be that we'd be willing to waive attorney's fees and waive our EJIA. Questions you want to ask? Let me propose we will defer submission for one week. And I trust that before that period elapses, we will have received a motion unopposed or stipulated to remand and strongly urge that any, you'll need time to consult with your client, I understand that, but that there not be anything left over in the case after that stipulation. The stipulation can make whatever provision there is for attorney's fees. We will expect to grant the motion and that will serve as the mandate of the court. And we wish you Godspeed and farewell. Well, obviously, too, when there's intervening authority, people can have a position that's all taken up until that point in time. So that might be something that might have made the government's position one that was properly taken, but then at a point that a new case comes out, then that's the time to relook at it. So. We're not proposing what an order would be. We don't want to see it again. Understood, Your Honor. And I do believe that under all the circumstances, it's highly likely. Godspeed to both of you. Thank you very much, Your Honor. Thank you. The case, submission of the case is deferred for seven days and until further order. Thank you again, Your Honor. Thank you.
judges: Clifton, Callahan, Ikuta